1
2
3
4
5                                              JS-6
6
7
8
9                UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LASALLE DEVELOPMENT, LLC, a California limited liability company and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-03096-FMO-PLA<br><br>**ORDER RE: STIPULATION [17] DISMISSAL WITH PREJUDICE** |

1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Lasalle Development, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   September 21, 2020

                                  /s/  Fernando M. Olguin
                                  UNITED STATES DISTRICT JUDGE